Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Maheleh "Mali" Sadat Azima*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MAHELEH "MALI" SADAT AZIMA, | CASE NO.: 2:25-cv-10540 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| SAND LLC, | **(INJUNCTIVE RELIEF DEMANDED)** |
| Defendant. | |

Plaintiff MAHELEH "MALI" SADAT AZIMA by and through her undersigned counsel, brings this Complaint against Defendant SAND LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MAHELEH "MALI" SADAT AZIMA ("Azima") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Azima's original copyrightedWork of authorship.

2. Azima discovered photography in 7th Grade and realized that she would be a photographer; however, she studied fashion design in college, which brought her

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

to design assisting, where she then realized her dream of photography. Azima's first job was for Elle Decor, photographing Paul Garzotto's tabletop store. She has worked with numerous talented and creative people and loves to collaborate to produce artistic work that is beautiful and inspiring. Azima's client list includes Veranda, House Beautiful, Architectural Digest, Traditional Home, Luxe, Lonny, Country Living, Better Homes & Gardens, GQ, Elle, Nieman Marcus, Dillard's Bloomingdales, Shaw Contract, Jaipur Living, Interior Define, Schumacher, The Shade Store, Currey and Co., and countless brilliant interior designers and architects.

3.    Defendant SAND LLC ("Sand") is a luxury wallpaper and fabric retailer catering to architects, interior designers, and high-end commercial projects. Sand offers exclusive wallpaper collections, custom wallcoverings, natural materials, and luxury fabrics. Their catalog includes brands like Dolce & Gabbana, Fornasetti, Cole & Son, and Diane Von Furstenberg. At all times relevant herein, Sand owned and operated the website located at the internet URL www.designerwallcoverings.com (the "Website").

4.    Azima alleges that Sand copied Azima's copyrighted Work from the internet in order to advertise, market and promote its business activities. Sand committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Sand's business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    Defendant is subject to personal jurisdiction in California.

8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Sand

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:25-cv-10540

engaged in infringement in this district, Sand resides in this district, and Sand is subject to personal jurisdiction in this district.

## DEFENDANT

9.    Sand LLC is a California Limited Liability Company, with its principal place of business at 15442 Ventura Boulevard, Suite 201, Sherman Oaks, California, 91403-3004, and can be served by serving its Registered Agent, Steven Abrams, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2017, Azima created the photograph entitled "MaliAzima_Susan_Jamieson_House_Residence8529_copy," which is shown below and referred to herein as the "Work".



11.    Azima registered the Work with the Register of Copyrights on October 18, 2022 as part of a group registration. The Group Registration was assigned

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:25-cv-10540

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

registration number VA 2-325-081. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.     At all relevant times Azima was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY SAND**

13.     Sand has never been licensed to use the Work for any purpose.

14.     On a date after the Work was created, but prior to the filing of this action, Sand copied the Work.

15.     On or about October 13, 2023, Azima discovered the unauthorized use of her Work on the Website advertising the "Wyn Chow Rose Pink by ET Cie Wall Panels" wallpaper.

16.     Sand copied Azima's copyrighted Work without Azima's permission.

17.     After Sand copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its luxury wallpaper sales business.

18.     Sand copied and distributed Azima's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19.     Sand committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20.     Azima never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21.     Azima notified Sand of the allegations set forth herein on July 8, 2025 and July 25, 2025. As of this filing, the Parties have failed to resolve this matter.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT**

22.     Azima incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

23.   Azima owns a valid copyright in the Work.

24.   Azima registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.   Sand copied, displayed, and distributed the Work and made derivatives of the Work without Azima's authorization in violation of 17 U.S.C. § 501.

26.   Sand performed the acts alleged in the course and scope of its business activities.

27.   Defendant's acts were willful.

28.   Azima has been damaged.

29.   The harm caused to Azima has been irreparable.

## COUNT II

## VICARIOUS COPYRIGHT INFRINGEMENT BY SAND

30.   Azima incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31.    Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

32.   Sand has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

33.   Despite having the ability to stop the infringed Work from being displayed on its Website, Sand allowed the materials to remain up for display.

34.   To the extent that the actions described above were performed by the third-party alone, Sand is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Azima's authorization in violation of 17 U.S.C. § 501.

35.   Azima has been damaged.

36.   The harm caused to Azima has been irreparable.

WHEREFORE, the Plaintiff MAHELEH "MALI" SADAT AZIMA prays for judgment against the Defendant SAND LLC that:

a.     Sand and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Sand be required to pay Azima her actual damages and Defendant's profits attributable to the infringement, or, at Azima's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Sand be required to pay Azima her damages including lost sales and Defendant's profits as provided in 15 U.S.C. § 1125;

d.     Azima be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

e.     Azima be awarded pre- and post-judgment interest; and

f.     Azima be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Azima hereby demands a trial by jury of all issues so triable.

DATED: November 3, 2025              Respectfully submitted,


*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Maheleh "Mali" Sadat Azima*

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS